ALBERT MOORE, Jr., PLAINTIFF IN ERROR, v. THE STATE
OF NEW JERSEY, DEFENDANT IN ERROR.

Submitted May term, 1927—Decided October 27, 1927.

**Crimes—Unlawful Sale and Possession of Liquor—No Legal
Error Found.**

On writ of error.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and
LLOYD.

For the plaintiff in error, *Robert Peacock.*

For the defendant in error, *George M. Hillman,* prosecutor
of the pleas.

PER CURIAM.

The plaintiff in error in this case was indicted, tried and
convicted for the unlawful sale and the unlawful possession
of liquor under the statute, in the township of Northampton,
Burlington county, New Jersey, on May 16th, 1925. He
issued a writ of error from this court to review the judg-
ment of conviction. He filed eleven assignments of error.
We have examined the record as sent up to us with the writ
of error with the result that we find no legal errors.

The judgment of the Burlington County Quarter Sessions
is affirmed.